# UNITED STATES DISTRICT COURT
Southern District of Indiana

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO: ALL PARTIES

Pending Case No(s).[1]
)
) 1:18-cv-00953-SED-TAB
) 1:20-cv-01778-JPH-MJD
) 1:20-cv-02082-TWP-TAB
)
)
)
)

Pursuant to Local Rule 5-3, the undersigned counsel notifies all parties of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | MacKenzie A. Johnson | MacKenzie A. Watson |
| **Law Firm, Company, and/or Agency:** | | |
| **Address:** | | |
| **Primary E-mail:** | mjohnson@jbjlegal.com | mwatson@jbjlegal.com |
| **Secondary E-mail(s):** | | |
| **Telephone Number:** | | |
| **Facsimile:** | | |

Date: April 7, 2022          s/ MacKenzie A. Watson

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.