The Court acknowledges the Stipulation to Dismiss, dkt. 65. JPH, 12/22/2022 Distribution via ECF.

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| LISA LOUKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:20-cv-01778-JPH-MJD |
| vs. | ) |
| | ) |
| COSTCO WHOLESALE CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION TO DISMISS

IT IS HEREBY stipulated and agreed by and between the Plaintiff, Lisa Louks, and Defendant, Costco Wholesale Corporation, through their respective attorneys that this lawsuit is hereby dismissed with prejudice pursuant to settlement and without costs to either party, all matters of controversy having been settled.

Dated:  December 20, 2022

Attorney for Plaintiff:
LISA LOUKS

_____/s/ Kimberly D. Jeselskis_____
Kimberly D. Jeselskis
Jeselskis Brinkerhoff and Joseph, LLC
320 N. Meridian Street, Suite 428
Indianapolis, IN  46204
317.220.6290 (O)
317.220.6291 (f)
kjeselskis@jbjlegal.com

Attorneys for Defendant:
COSTCO WHOLESALE CORPORATION

__/s/ Erin Dougherty Foley_____
Erin Dougherty Foley
edfoley@seyfarth.com
Kyla J. Miller
kjmiller@seyfarth.com

Seyfarth Shaw LLP
233 S. Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
Telephone:   (312) 460-5000
Facsimile:    (312) 460-7000